UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ x

RICHARD CAMPBELL,

                                                Plaintiff,

-against-

THE CITY OF NEW YORK, JAMES HARKINS, "JOHN"
LEWIS (first name unknown), NYC POLICE DEPARTMENT
POLICE OFFICERS (first names unknown) "JOHN"
SEVEIGLY, "JOHN" WEISS, "JOHN" DUNCAN and "JANE
DOE" #1' (full name unknown),,

                                                Defendants.
------------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-1445 (FB)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.       The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
January 5, 2016

BRADLEY A SACKS
*Attorney for Plaintiff*
225 Broadway, 24th Floor
New York, New York 10007

By: _____
Bradley A Sacks
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  Harkins, Lewis, Sereigly, and Weiss*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____  1/12/16
Omar J. Siddiqi
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015